Jil Mazer-Marino, Chapter 7 Trustee
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Email: jmazermarino@cullenllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In re:

                Chapter 7

SURGICAL SAFETY SOLUTIONS, LLC,

                20-10344 (SCC)

                 Debtor.
---------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, Jil Mazer-Marino, hereby certify that on March 20, 2020, I caused a true and correct copy of the *Trustee's Application in Support of Order Retaining General Counsel* to be served, via First Class Mail, upon the party listed below.

Office of the United States Trustee
Andrew D. Velez-Rivera, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

                */s/ Jil Mazer-Marino*
                Jil Mazer-Marino

1914838